IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-512 |
| ) | |
| CERTAIN ACCOUNTS, PERSONAL ) | |
| PROPERTY AND REAL PROPERTY ) | |
| OWNED AND CONTROLLED BY ) | |
| BRYANT FILTER AND FILTER & ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

AND NOW, this ____4th____ day of ____June____, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth.

It is further Ordered that this forfeiture action shall be stayed until further order of court, including, without limitation: (1) the duties of Bryant Filter, Lisa Filter and/or Filter & Associates, LLC to file claims and answers in order to contest this civil forfeiture action; and (2) the duty of the United States to serve other potential claimants, if any. Notwithstanding the stay of this action, the United States may advertise this action in accordance with federal forfeiture law. The parties may also take any action necessary to carry out this Stipulation. The Court shall mark this case administratively closed.

_____
United States District Judge