IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN ACCOUNTS, PERSONAL )<br>PROPERTY AND REAL PROPERTY )<br>OWNED AND CONTROLLED BY )<br>BRYANT FILTER AND FILTER & )<br>ASSOCIATES, LLC )<br>)<br>Defendants. ) | Civil Action No. 07-512 |

**ORDER OF COURT**

AND NOW, this 6th day of June, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Second Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth. The parties may take any action necessary to carry out this Stipulation.

It is further Ordered that this forfeiture action shall remained stayed and administratively closed.

_____
United States District Judge