IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-512 |
| ) | |
| CERTAIN ACCOUNTS, PERSONAL ) | |
| PROPERTY AND REAL PROPERTY ) | |
| OWNED AND CONTROLLED BY ) | |
| BRYANT FILTER AND FILTER & ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 22nd day of July, 2008, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth.

United States District Judge