IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-512 |
| CERTAIN ACCOUNTS, PERSONAL PROPERTY OWNED AND CONTROLLED BY BRYANT FILTER AND FILTER & ASSOCIATES, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, this 12th day of Feb, 2010, it is hereby Ordered that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated herein by reference as if fully set forth.

It is further ORDERED that:

1. The forfeiture complaint at Civil Action No. 07-512 is amended to include as a defendant asset all monies contained in account number 756-171559 at TD Ameritrade in the name of William Kelley, Sr. (the "Defendant Property").

2. All of the right, title and interest of Bryant R. Filter; Lisa Filter; Filter & Associates, LLC; and Three Rivers Business Group, LLC in the Defendant Property are hereby forfeited.

3. This case shall remain administratively closed.

_____
United States District Judge