IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-512 |
| | ) | |
| CERTAIN ACCOUNTS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 15th day of May, 2010, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the following asset from the above action without prejudice, due to lack of equity:

      The real property located at Ridge Road, Sewickley, PA
      Parcel No. 607-F-154

_____
UNITED STATES DISTRICT COURT