IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-512 |
| ) | |
| CERTAIN ACCOUNTS, PERSONAL AND ) | |
| PROPERTY OWNED AND CONTROLLED ) | |
| BY BRYANT FILTER AND FILTER & ) | |
| ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

AND NOW, this 23rd day of April, 2012, it is hereby,

ORDERED, ADJUDGED and DECREED that the stay of this civil forfeiture action is hereby lifted.

_____
J.