IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-512 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY BRYANT | ) |
| FILTER AND FILTER AND ASSOCIATES | ) |
| | ) |
| Defendants. | ) |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 30th day of Nov, 2012, upon consideration of the United States' Motion for Judgment and Final Order of Forfeiture, it is hereby ORDERED that the motion is GRANTED and that the $108,799.17 in United States currency is forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Clerk shall mark this case closed.

_____
United States District Court Judge