IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-512 |
| CERTAIN ACCOUNTS, et al., | ) ) ) |
| Defendant. | ) ) |

O R D E R

AND NOW, this  15th  day of            March           , 2013, upon consideration of the United States' Motion to Dismiss without Prejudice, IT IS HEREBY ORDERED that the motion is GRANTED and the following assets are dismissed from the above action without prejudice:

> 2007 Ford F250 Truck
> 2007 Lexus LS 460L
> Schwab IRA #7005-0152
> Schwab IRA #91300218
> National City Bank #981292900

s/Gary L. Lancaster
Hon. Gary L. Lancaster,
Chief United States District Judge